NUMBER 13-07-00464-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG



____________________________________________________________


THE STATE OF TEXAS, Appellant,


v.



CARLOS JAVIER ECHEVERRY, Appellee.


____________________________________________________________

 

On Appeal from the 24th Judicial District Court


of Victoria County, Texas


 ___________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez, Justices Garza and Vela 


Memorandum Opinion Per Curiam



 Appellant, the State of Texas, by and through its Criminal District Attorney, has filed
a motion for dismissal of its appeal pursuant to Rule 42.1 of the Texas Rules of Appellate
Procedure. See Tex. R. App. P. 42.1(a). No decision of this Court having been delivered
to date, we grant the motion and dismiss the appeal. Having dismissed the appeal at
appellant's request, no motion for rehearing will be entertained, and our mandate will issue
forthwith.


 PER CURIAM


Memorandum Opinion delivered and filed

this 25th day of October, 2007.